

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00756-CV

**GRAPEVINE GROUP CONCRETE CONTRACTORS, INC.,**
Appellant/Cross-Appellee

v.

**YC PARTNERS, LTD.** d/b/a Yantis Company and Yantis Corporation,
Appellees/Cross-Appellants

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05255
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we REVERSE the trial court's August 11, 2022 final judgment and REMAND the case to the trial court for a new trial.

We ORDER costs taxed against the party incurring the same.

SIGNED November 19, 2025.

_____
Lori Massey Brissette, Justice